25-1641T

# In the United States Court of Federal Claims

Andrea Atkins
_____
                Plaintiff(s),

v.

THE UNITED STATES,

                Defendant.

Case No. _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Before the court is the Plaintiff's suit for Claim Disallowance of 2019 tax return due to multiple failed attempts to resolve this matter through alternative measures. Because it was filed in 2021, the 2019 tax return was completed using a paper form and mailed directly to the Defendant via US Mail. Due to the post pandemic shutdown, the high call volume deemed it impossible to speak to anyone by waiting in queue or leaving a message to confirm receipt and/or correspond about any issues that may have come about regarding my filing of the aforementioned tax year.

Prior to the filing of this suit Plaintiff tried diligently, exhausting every avenue to resolve this matter. Methods of attempted resolution were, including but not limited to: multiple phone calls, the fulfillment of multiple requests for information, the inception of the appeal process, as well as reaching out to and forwarding supporting documentation to the Taxpayer Advocate agency. Defendant received the same information being used as evidence in this suit in an attempt to appeal and/or resolve the matter before involving the court.

RECEIVED - USCFC

OCT 0 1 2025

A-5

2. **PARTIES**

Plaintiff, Andrea Atkins, resides at 2 Holly Lane
(Street Address)
Florissant, MO 63033, (314) 223-4236
(City, State, ZIP Code)  (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?  ☐ Yes  ☐ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

This complaint of Claim Disallowance case is the action for herein Plaintiff to recover the income tax refund from herein Defendant after the latter has failed to award rightfully earned by Plaintiff. In 2024 Plaintiff brought forth the same suit for the Disallowance of the Plaintiff's 2018 income tax return. During the course of the proceedings during the previous case, and despite multiple inquiries to the contrary upon previous correspondence, Plaintiff received a letter from the Defendant stating that the Plaintiff's 2019 income tax return had been "received unsigned". Upon the Defendant's request, Plaintiff immediately submitted another return. During follow-up correspondence with confirmation of receipt via U.S.P.S., Plaintiff was advised by multiple representatives for the Defendant including operator #1000504(555 as well as operator #1000518(533, the tax return "had not been received or processed yet" and "to allow 30 more days" from the date of Plaintiff's inquiry every time.

An exhibition of evidence has been submitted with this complaint to support Plaintiff's claim. These exhibits are included but not limited to: copies of tax forms, correspondence between Plaintiff and the tax professionals employed by Plaintiff to prepare returns, etc. Several requests to speak with any superiors went unanswered. Plaintiff has had to contend with "lost documentation", incur additional expense to ensure the receipt of all correspondence requested by Defendant.

Hence, the Plaintiff brings this suit against the Defendant.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Plaintiff asks the court to rule in favor of and order the Defendant to award Plaintiff the income tax refund for the year 2019 in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 (day) day of September (month), 2025 (year).

Signature of Plaintiff(s)