January 5, 2026

Dear Sir or Madam,

    As so ordered by the court am submitting another set of redacted documents for the purpose of my case. Please reach out if any additional information is needed. Thank you advance.

Regards,

Andrea Atkins

Received - USCFC

JAN 1 4 2026

# Explanation of Evidence Exhibits

Exhibit A-1: Copy of time stamped text messages between myself and tax preparer regarding the filing of 2018 and **2019** tax returns.

Exhibit A-2: Copy of email correspondence from tax preparer confirming the filing and completion of 2018 and **2019** tax returns in 2021.

Exhibit B: A letter from the IRS dated 4/11/2024 stating the receipt of the **2019** tax return and the inability to process it due to it "not being signed."

Exhibit C: Copy of receipt from United States Postal Service confirming receipt of another **2019** tax return 15 days after receiving IRS request.

Exhibit D-1: Copy of receipt from United States Postal Service confirming the receipt of another copy of **2019** tax return after being advised on July 12, 2024 by IRS agents #100504155 and #1005124333 that the tax return already confirmed to have been received "had not been received or processed yet."

Exhibit D-2: Copy of Envelope sent with third tax return sent per IRS request highlighting the date showing tax return was sent three days after IRS request for another copy of the return.

Exhibit E: Copy of letter sent to me requesting a fourth tax return siting the need for "an original signature." *Please not the "NO STATUTE ISSUE" stamp on the copy sent to me.

Exhibit F-1: Copy of Confirmation of receipt of fourth tax return from the United States Postal Service.

Exhibit F-2: An accompanying letter outlining the difficulty faced with obtaining multiple copies of a tax return filed so long ago.

Exhibit G: A letter to the IRS in an effort to begin the appeal process.

Exhibit H: Correspondence from Taxpayer Advocate Service.

Exhibit I: An accompanying letter sent to Tax Payer Advocate Service along with the same evidence presented in this case.



4/3/24, 2:37 PM

service? Thank you in advance for your assistance...

Read
10:13

Saturday, August 7, 2021

Good Morning. Can you give me a more accurate filing date for the 2018 & 2019 taxes you all prepared for me? Thank you in advance for your assistance...

Read
09:41

Greetings ma'am, I mailed them a couple days after you signed them.

12:17

Sunday, October 17, 2021

 Gmail

Andrea Atkins ██████████████

## 2018 and 2019 tax return plus amendment
1 message

**Dorothy Wyatt** <█████████@yahoo.com>                    Mon, Jan 22, 2024 at 10:05 PM
To: "█████@gmail.com" <█████@gmail.com>

Here's your returns the 2019 as well They were both signed and completed under Nu Way financial and emailed to Dr Salaam. From My understanding you only carried the one child in 2019. We amended the 2018 return because we did not add your daughter. My signature and PTIN is on them both. The company is NuWay Financial. I used an app to complete but I had to print them off to add my PTIN and the company name. Both was completed in 2021

**2 attachments**

📄 **atkinsadmended2018.pdf**
11118K

📄 **atkins2019 completed62421.pdf**
5434K



IRS Department of the Treasury
Internal Revenue Service

3211 S. Northpointe Dr.
Fresno   CA   93725

In reply refer to:  1165438281
Apr. 11, 2024    LTR 916C    0
***-**-9896  201912 30
Input Op:  1165438281 00011902
BODC: WI

ANDREA ATKINS

Kind of tax: Individual
Date claims received: Feb. 01, 2024
Tax periods: Dec. 31, 2019

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

We're unable to process your Tax Return because it wasn't signed.
Please complete, sign, and submit another claim.

Find tax forms or publications by visiting IRS.gov/forms or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

TAXPAYER RIGHTS AND SOURCES FOR ASSISTANCE

The Internal Revenue Code (IRC) gives taxpayers specific rights. The
Taxpayer Bill of Rights groups these into 10 fundamental rights. See
IRC Section 7803(a)(3). IRS employees are responsible for being
familiar with and following these rights. For additional information
about your taxpayer rights, please see Publication 1, Your Rights as
a Taxpayer, or visit IRS.gov/taxpayer-bill-of-rights.

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that helps taxpayers and protects taxpayers' rights.
TAS can offer you help if your tax problem is causing a financial
difficulty, you've tried but been unable to resolve your issue with
the IRS, or you believe an IRS system, process, or procedure isn't
working as it should. If you qualify for TAS assistance, which is
always free, TAS will do everything possible to help you. To learn
more, visit TaxpayerAdvocate.IRS.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help
you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons
before the IRS or in court. LITCs can also help persons who speak

1165438281

Apr. 11, 2024    LTR 916C    0
***-**-9896    201912 30
Input Op:  1165438281 00011903

ANDREA ATKINS

English as a second language. Any services provided by an LITC must be
for free or a small fee. To find an LITC near you:

- Go to TaxpayerAdvocate.IRS.gov/litcmap;

- Download IRS Publication 4134, Low Income Taxpayer Clinic List,
  available at www.irs.gov/forms-pubs; or

- Call the IRS toll-free at 800-829-3676 and ask for a copy of
  Publication 4134.

State bar associations, state or local societies of accountants or
enrolled agents, or other nonprofit tax professional organizations may
also be able to provide referrals.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely yours,

Jacqueline D. Francois

JACQUELINE D. FRANCOIS
OPERATION 2 MANAGER

Enclosures:
Copy of this letter
Publication 1

**IRS** Department of the Treasury
Internal Revenue Service

5011 S. Northpointe Dr.
Fresno  CA  93725

In reply refer to:  1165438281
Apr. 11, 2024    LTR 916C      0
***-**-9896  201912 30
Input Op:  1165438281 00011902
                              BODC: WI

ANDREA ATKINS

                    Kind of tax: Individual
         Date claims received: Feb. 01, 2024
                 Tax periods: Dec. 31, 2019

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

We're unable to process your Tax Return because it wasn't signed.
Please complete, sign, and submit another claim.

Find tax forms or publications by visiting IRS.gov/forms or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

                TAXPAYER RIGHTS AND SOURCES FOR ASSISTANCE

The Internal Revenue Code (IRC) gives taxpayers specific rights. The
Taxpayer Bill of Rights groups these into 10 fundamental rights. See
IRC Section 7803(a)(3). IRS employees are responsible for being
familiar with and following these rights. For additional information
about your taxpayer rights, please see Publication 1, Your Rights as
a Taxpayer, or visit IRS.gov/taxpayer-bill-of-rights.

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that helps taxpayers and protects taxpayers' rights.
TAS can offer you help if your tax problem is causing a financial
difficulty, you've tried but been unable to resolve your issue with
the IRS, or you believe an IRS system, process, or procedure isn't
working as it should. If you qualify for TAS assistance, which is
always free, TAS will do everything possible to help you. To learn
more, visit TaxpayerAdvocate.IRS.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help
you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons
before the IRS or in court. LITCs can also help persons who speak

```
                                                    1165438281
                              Apr. 11, 2024   LTR 916C    0
                              ***-**-9896  201912 30
                              Input Op:  1165438281 00011903
```

ANDREA ATKINS


English as a second language. Any services provided by an LITC must be
for free or a small fee. To find an LITC near you:

- Go to TaxpayerAdvocate.IRS.gov/litcmap;

- Download IRS Publication 4134, Low Income Taxpayer Clinic List,
  available at www.irs.gov/forms-pubs; or

- Call the IRS toll-free at 800-829-3676 and ask for a copy of
  Publication 4134.

State bar associations, state or local societies of accountants or
enrolled agents, or other nonprofit tax professional organizations may
also be able to provide referrals.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.


                         Sincerely yours,



                         Jacqueline D. Francois
                         JACQUELINE D. FRANCOIS
                         OPERATION 2 MANAGER

Enclosures:
Copy of this letter
Publication 1

Screens|

09:29

## Track your package
Data provided by USPS

Tracking number 9589071052701303259154

April 26, 10:31AM
Fresno, CA

 View details on USPS

Call 1-800-275-8777

Track another package

Home    Search    Saved

s://mail.google.com/mail/u/0/#inbox?projector=1

---

Ravva
4/26/24 @ 10:31am

**UNITED STATES POSTAL SERVICE**

FLORISSANT
2200 N HIGHWAY 67
FLORISSANT, MO 63033-0043
(800)275-8777

04/19/2024

| Product | Qty | Unit Price |
| --- | --- | --- |
| First-Class Mail® Letter | 1 | $0.68 |

Weight: 0 lb 1.00 oz
Estimated Delivery Date
Tue 04/23/2024
Certified Mail
Tracking
9589 0

Fresno, CA 93725

Total     5.08

Credit Card Remit    $5.08
Name: MasterCard
XXXXXXXXXXXX4065
AID: A0000000042203
Debit
N: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your mail

---

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Fresno, CA 93725    OFFICIAL USE

| | |
| --- | --- |
| Certified Mail Fee   $4.40 | 0633 5 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)   $0.00 | |
| ☐ Return Receipt (electronic)   $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery   $0.00 | Here |
| ☐ Adult Signature Required   $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage   $0.68 | |
| Total Postage and Fees   $5.08 | 04/19/2024 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1303 2591 54

July 15, 2024

Dear Sir or Madam,

Upon your request I am submitting my 2019 tax return for the now a THIRD time. After further review of all documents, as well as further communication with the preparer, I have been able to deduce that the amended return submitted was done so in error. The original return was completed in truth in its entirety. Therefore, I ask that you accept and process this return as the return for 2019.

Lastly, due to what seems like a regular misplacement of my correspondence by your company, I have begun to send said correspondence via Certified Mail by way of the United States Postal Service to insure tracking and receipt of it. Because I do incur an extra cost for this service, I request that my paperwork is handled with more attention and diligence going forward. Thank you in advance for your assistance with this matter.

Regards,

Andrea Atkins



Form **3531**
(January 2023)

Department of the Treasury–Internal Revenue Service

# Request for Signature or Missing Information to Complete Return

**To obtain the forms, schedules or publications to respond to this letter, visit *www.irs.gov* or call 1-800-TAX-FORM (1-800-829-3676).**

We are returning your tax return because we need more information to process it. You must complete and send us all items asked for next to the boxes **checked** on **both sides** of this form. When you reply, include this **form** with your return. To avoid further delay, send all requested information within **20 days**, unless otherwise instructed below. In case we need more information, provide in the spaces below your telephone number and the best hours to contact you.

Telephone _____    Hours _____

[✓] **1.** Your tax return doesn't show a **valid original signature on the "Sign Here"** signature line(s). A photocopied signature **is not a valid signature. Don't sign this form.** Sign your name on the on the "Sign Here" signature line(s) on your **Form 1040/A/EZ/SR**. Review conditions a-e below and follow all that apply to you.

   a. If this is a joint return, both spouses must sign the return.

   b. If you can't write your name, sign your mark in the presence of two witnesses. The signatures of the witnesses also are required.

   c. If you're signing as a parent of a minor child, sign the child's name and your name, writing "parent of a minor child," in the signature area.

   d. We require a power of attorney or court certificate in all other instances when someone other than the taxpayer is signing the return.

   e. If you signed in the wrong place on your return, sign your name in the "**SIGN HERE**" area of your return.

[ ] **2.** By law, the following statement must appear directly above your original signature in the "Sign Here" area of your tax return: "Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which preparer has any knowledge." RE-PRINT your computer generated return or obtain a new Form 1040/A/EZ/SR that has this paragraph printed above the "Sign Here" area of the return and sign in the space provided.

[ ] **3.** Your taxpayer identification number (Social Security Number or IRS Individual Taxpayer Identification Number) is missing or doesn't show nine digits. If this is a joint return or married filing separately return, both spouses must have a number. If you don't have a number, call the Social Security Administration at **1-800-772-1213. If you can't get a Social Security Number because you don't qualify,** complete Form W-7, *Application for IRS Individual Taxpayer Identification Number (ITIN).* To apply, refer to the Form W-7 instructions. Re-submit your tax return to the IRS **after** you have been issued an SSN or ITIN. Write the correct SSN or ITIN in the space provided on your return. Also, review all other SSNs, ITINs, or ATINs listed on your return to be sure they are correct.

[ ] **4.** The dependent information on the front of your return is incomplete. Enter the following information for each dependent listed:

   a. Dependent's first and last name.

   b. Dependent's Social Security Number (SSN), IRS Individual Taxpayer Identification Number (ITIN), or Adoption Taxpayer Identification Number (ATIN). Also, review all other SSNs, ITINs, or ATINs listed on your return to be sure they are correct.

   c. If your dependent is a qualifying child for the child tax credit or qualifies for the credit for other dependents, check the box in column (4).

[ ] **5.** Attach a copy of the birth certificate for the dependent who was born and died during the tax year.

[ ] **6.** Attach supporting document(s) for your entry of $_____ for federal income **tax withheld.** This may be a Form W-2, Form W-2G, Form 1099, or substitute Form W-2 (for example, a copy of an earning statement with year-end totals).

[ ] **7.** Explain the source of earned income or wages you used to compute your earned income credit and attach documents (such as Forms W-2 or Forms 1099-MISC) to support your entry.

[ ] **8.** The Forms W-2 submitted with your tax return are insufficient to support the amount you claimed for excess social security and tier 1 RRTA tax withheld. Send us all the Forms W-2 used to support your claim for excess SST/RRTA.

[ ] **9.** Your Form 1040/A/EZ/SR is blank, illegible, missing, damaged or in an incorrect format and we can't process it. You must resubmit the original completed form along with all applicable schedules, forms and attachments. **Your original signature(s) is required.**

[ ] **10.** It appears you may be filing individual tax forms to reflect a business entity's filing requirement. Refer to the appropriate business and/or individual forms/schedules and instructions at *www.irs.gov* or contact us at 1-800-829-1040 (for individuals) or 1-800-829-4933 (for businesses).

[ ] **11.** Complete **Form or Schedule** _____ to support your entry on line _____ of **Form or Schedule** _____ .

[ ] **12.** Complete **Form or Schedule** _____ to support your entry on line _____ of **Form or Schedule** _____ .

[ ] **13.** Complete **Form or Schedule** _____ to support your entry on line _____ of **Form or Schedule** _____ .

[ ] **14.** Complete **Form or Schedule** _____ to support your entry on line _____ of **Form or Schedule** _____ .

[ ] **15.** Complete the indicated form(s) or schedule(s) to support your entry on the line(s) of your Form 1040, Form 1040-SR or Form 1040A as listed below:

   Form or Schedule _____ to support line _____

   Form or Schedule _____ to support line _____

   Form or Schedule _____ to support line _____

   Form or Schedule _____ to support line _____

**More information may be required on the reverse side.**

16. You may be liable for self-employment tax on income reported on Schedule C/C-EZ or Schedule F. Submit a completed Schedule SE.

17. We can't determine **which taxpayer** is filing Form or Schedule _____. Enter the name and Social Security Number (SSN) or IRS Individual Taxpayer Identification Number (ITIN) of the taxpayer who is required to pay this tax. If both spouses are required to pay this tax, each of you must file a separate form or schedule.

18. Complete the following line(s):

    Line(s) _____ on Form or Schedule _____

    Line(s) _____ on Form or Schedule _____

    Line(s) _____ on Form or Schedule _____

19. **Explain your entry of $** _____ on line _____ of Form or Schedule _____ and attach the supporting form(s) or schedule(s), as required.

20. **Explain your entry of $** _____ on line _____ of Form or Schedule _____ and attach the supporting form(s) or schedule(s), as required.

21. The information about your qualifying child or children on Schedule EIC is incomplete. Enter the following information for each child listed on Schedule EIC:

    a. Child's complete name and year of birth.

    b. Child's Social Security Number (SSN). Also, review all other SSNs listed on your return to be sure they are correct.

    c. Child's relationship to you.

    d. Number of months the child lived in your home during the tax year.

22. The information about the qualifying student on Form 8863 is incomplete. Enter the following information for each student listed on Form 8863:

    a. Student's complete name.

    b. Student's Social Security Number.

23. Your **Form 2441** is incomplete. Enter all information as indicated below:

    a. Complete all of Part I.

    b. Complete the following dependent information on line 2, Part II:

       1) First and last name of the qualifying person(s).

       2) Social Security Number (SSN), Individual Taxpayer Identification Number (ITIN), or Adoption Taxpayer Identification Number (ATIN) of the qualifying person(s). Also, review all other SSNs, ITINs, or ATINs listed on your return to be sure they are correct.

       3) Qualified expenses for the qualifying person(s) listed in column (a).

    c. Part II line 5 must be entered when married filing a joint return. If your spouse was a student or disabled during the tax year, the number of months your spouse was a student or disabled is required to calculate the entry.

24. Write the **date of death** for the deceased taxpayer across the top of your Form 1040/A/EZ/SR.

25. We can't determine who is **claiming the refund** for the deceased taxpayer(s). Print the name clearly in the signature area of the return.

26. You may file as married filing **jointly** and claim your spouse's exemption if your spouse died during the tax year and you didn't remarry during the tax year. Provide your spouse's name and Social Security Number (SSN) or IRS Individual Taxpayer Identification Number (ITIN). If you have a dependent child or children, you may claim qualifying surviving spouse status for the two tax years following your spouse's death.

27. A return for a **deceased taxpayer must be signed** by the taxpayer's spouse or a representative of the estate—an executor, administrator, or anyone who is in charge of the decedent's property. The appropriate person must sign on the "Sign Here" signature line on the tax return. **An original signature is required. A photocopied signature is not a valid signature.**

28. We need **additional support** for each deceased taxpayer **on the return.** See the items below:

    a. If you are a **court appointed representative,** attach a copy of the court certificate showing your appointment. A will or power of attorney is not a valid court certificate.

    b. If you are **not** a court appointed representative, submit Form 1310 or change your previously submitted Form 1310, as indicated below:

       1) Complete Part I, Form 1310.

       2) Answer questions 2a, 2b and 3 on Form 1310. **If line 2a or 2b is answered "Yes",** the court appointed representative must file and sign the return and attach the court certificate showing his or her appointment.

    OR

       **If line 3 is answered "No",** we can't issue a refund until you attach a court certificate showing your appointment as personal representatives or other evidence that you are entitled under state law to receive the refund.

       3) **Sign** Form 1310 in the signature space provided.

29. Detach your state or local return and mail to the appropriate state or local agency.

30. _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

**To reply, use the return address on the mailing envelope or refer to IRS.gov and search 'where to file.'**

**If you have any questions regarding this form, call 1-800-829-1040.**

C&E
1419

# 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service    (99)

**2019**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

*(left margin, vertical)* NO STATUTE ISSUE
*(left margin, vertical)* 10369060 45
*(left margin, vertical)* AUG 20 2024

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☐ Married filing separately (MFS)  ☒ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANDREA | ATKINS | ▓▓▓ 9896 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction**    Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You  ☐ Were born before January 2, 1955  ☐ Are blind    Spouse:  ☐ Was born before January 2, 1955  ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ If qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
| ▓▓▓ ▓▓▓ | ▓▓▓5372 | DAUGHTER | ☒ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

**Standard Deduction for—**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | HSH 7520 | 1 | 16,297. |
| 2a | Tax-exempt interest . . . | 2a | | b Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends . . . | 3a | | b Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions . . . | 4a | | b Taxable amount . . . | 4b | |
| c | Pensions and annuities . . | 4c | | d Taxable amount . . . | 4d | |
| 5a | Social security benefits . . | 5a | | b Taxable amount . . . | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 6 | 0. |
| 7a | Other income from Schedule 1, line 9 . . . . . . . . . . | | | | 7a | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your total income ▶ | | | | 7b | 16,297. |
| 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . . . | | | | 8a | 0. |
| b | Subtract line 8a from line 7b. This is your adjusted gross income ▶ | | | | 8b | 16,297. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 18,350. | | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | | | |
| 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . | | | | 11a | 18,350. |
| b | Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- . | | | | 11b | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2019)

*(lower left, vertical)* Returned for Signature  Date 0706 2024
1232

**RECEIVED**
07 2 2 2024    IRS
FRESNO, CA

CDA

| | | | | | |
|---|---|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | | 12a | | 0. |
| b | Add Schedule 2, line 3, and line 12a and enter the total | | | 12b | 0. |
| 13a | Child tax credit or credit for other dependents | | 13a | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total | | | 13b | 0. |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | | 14 | 0. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | 15 | |
| 16 | Add lines 14 and 15. This is your **total tax** | | | 16 | |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | | 17 | |
| 18 | Other payments and refundable credits: | | | | |
| a | Earned income credit (EIC) | | 18a | 3,526. | |
| b | Additional child tax credit. Attach Schedule 8812 | | 18b | 1,400. | |
| c | American opportunity credit from Form 8863, line 8 | | 18c | | |
| d | Schedule 3, line 14 | | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** | | | 18e | 4,926. |
| 19 | Add lines 17 and 18e. These are your **total payments** | | | 19 | 4,926. |

- • If you have a qualifying child, attach Sch. EIC.
- • If you have nontaxable combat pay, see instructions.

**Refund**

| | | | | | |
|---|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | | 20 | 4,926. |
| 21a | Amount of line 20 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | | 21a | 4,926. |

Direct deposit?
See instructions.

▶ b Routing number ▢▢▢▢▢▢ ▶ c Type: ☒ Checking ☐ Savings

▶ d Account number ▢▢▢▢▢ 5 0 7 9

| | | | | | |
|---|---|---|---|---|---|
| 22 | Amount of line 20 you want applied to your **2020 estimated tax** ▶ | | 22 | | |

**Amount You Owe**

| | | | | | |
|---|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | | | 23 | 0. |
| 24 | Estimated tax penalty (see instructions) ▶ | | 24 | | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ **Yes. Complete below.**   ☒ **No**

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for
your records.

| Your signature | Date 1/2/21 | Your occupation EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no.     Email address

**Paid Preparer Use Only**

| Preparer's name Dorothy Wyatt | Preparer's signature Dorothy Wyatt | Date 06-24-21 | PTIN P01711220 | Check if: ☐ 3rd Party Designee ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ NuWay Financials | | | | |
| Firm's address ▶ | | Phone no. | Firm's EIN | |

Go to www.irs.gov/Form1040 for instructions and the latest information.     Form **1040** (2019)

# SCHEDULE EIC
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

**Earned Income Credit**

Qualifying Child Information

► Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.
► Go to **www.irs.gov/ScheduleEIC** for the latest information.

| 1040 |
| 1040-SR |
| EIC |

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **43**

ANDREA ATKINS

Your social security number

█████ 9896

**Before you begin:**
- See the instructions for Form 1040 or 1040-SR, line 18a, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.


**CAUTION**
- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | | Child 1 | | Child 2 | | Child 3 | |
|---|---|---|---|---|---|---|---|
| **1** | **Child's name** | First name | Last name | First name | Last name | First name | Last name |
| | If you have more than three qualifying children, you have to list only three to get the maximum credit. | C████ | C████ | | | | |
| **2** | **Child's SSN** | | | | | | |
| | The child must have an SSN as defined in the instructions for Form 1040 or 1040-SR, line 18a, unless the child was born and died in 2019. If your child was born and died in 2019 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | ████ 5372 | | | | | |
| **3** | **Child's year of birth** | Year 2 0 1 6 | | Year ___ ___ ___ ___ | | Year ___ ___ ___ ___ | |
| | | If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | | If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | | If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | |
| **4 a** | Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. | | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. | | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. | |
| **b** | Was the child permanently and totally disabled during any part of 2019? | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. | | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. | | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. | |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | DAUGHTER | | | | | |
| **6** | **Number of months child lived with you in the United States during 2019** • If the child lived with you for more than half of 2019 but less than 7 months, enter "7." • If the child was born or died in 2019 and your home was the child's home for more than half the time he or she was alive during 2019, enter "12." | 12 months Do not enter more than 12 months. | | ___ months Do not enter more than 12 months. | | ___ months Do not enter more than 12 months. | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 13339M

Schedule EIC (Form 1040 or 1040-SR) 2019

CDA

**SCHEDULE 8812**
(Form 1040 or 1040-SR)

**Additional Child Tax Credit**

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Department of the Treasury
Internal Revenue Service (99)

Attachment
Sequence No. **47**

Name(s) shown on return
ANDREA ATKINS

Your social security number
■■■■-9896

| Part I | All Filers |
|---|---|

**Caution:** If you file Form 2555, **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise: | | |
| | **1040 and**    Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents **1040-SR filers:** Worksheet (see the instructions for Forms 1040 and 1040-SR, line 13a). | | |
| | **1040-NR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040-NR, line 49). | **1** | 2,000. |
| 2 | Enter the amount from Form 1040, line 13a; Form 1040-SR, line 13a; or 1040-NR, line 49 | **2** | |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit | **3** | 2,000. |
| 4 | Number of qualifying children under 17 with the required social security number:   1   x $1,400. Enter the result. If zero, **stop here;** you cannot claim this credit. | **4** | 1,400. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | |
| 5 | Enter the **smaller** of line 3 or line 4 | **5** | 1,400. |
| 6a | Earned income (see instructions) | **6a** 16,297. | |
| b | Nontaxable combat pay (see instructions) | **6b** | |
| 7 | Is the amount on line 6a more than $2,500? | | |
| | ☐ **No.** Leave line 7 blank and enter -0- on line 8. | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result | **7** 13,797. | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result | **8** | 2,070. |
| | **Next.** On line 4, is the amount $4,200 or more? | | |
| | ☒ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15. | | |
| | ☐ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9. | | |

| Part II | Certain Filers Who Have Three or More Qualifying Children |
|---|---|

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions | **9** | |
| 10 | **1040 and**   Enter the total of the amounts from Schedule 1 (Form 1040 or 1040-SR), **1040-SR filers:** line 14, and Schedule 2 (Form 1040 or 1040-SR), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040 or 1040-SR), line 8. | | |
| | **1040-NR filers:** Enter the total of the amounts from Form 1040-NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | **10** | |
| 11 | Add lines 9 and 10 | **11** | |
| 12 | **1040 and**   Enter the total of the amounts from Form 1040 or 1040-SR, line **1040-SR filers:** 18a, and Schedule 3 (Form 1040 or 1040-SR), line 11. | | |
| | **1040-NR filers:** Enter the amount from Form 1040-NR, line 67. | **12** | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | |
| 14 | Enter the **larger** of line 8 or line 13 | **14** | |
| | Next, enter the **smaller** of line 5 or line 14 on line 15. | | |

| Part III | Additional Child Tax Credit |
|---|---|

| | | | |
|---|---|---|---|
| 15 | This is your additional child tax credit | **15** | 1,400. |

Enter this amount on
Form 1040, line 18b;
Form 1040-SR, line 18b; or
Form 1040-NR, line 64.

For Paperwork Reduction Act Notice, see your tax return instructions.    Cat. No. 59761M    Schedule 8812 (Form 1040 or 1040-SR) 2019

GDA

Andrea Atkins



Retail

POSTAGE PAID
M LETTER
ELWOOD, MO 63042
L 15, 2024

93725

$6.14

RDC 99     S2324E500892-38

CERTIFIED MAIL

9589 0710 5270 0332 3711 89

Internal Revenue Service)
3211 S. Northpointe Dr.
Fresno, CA 93725

93725-195911


July 15, 2024

Dear Sir or Madam,

Upon your request I am submitting my 2019 tax return for the now a THIRD time. After further review of all documents, as well as further communication with the preparer, I have been able to deduce that the amended return submitted was done so in error. The original return was completed in truth in its entirety. Therefore, I ask that you accept and process this return as the return for 2019.

Lastly, due to what seems like a regular misplacement of my correspondence by your company, I have begun to send said correspondence via Certified Mail by way of the United States Postal Service to insure tracking and receipt of it. Because I do incur an extra cost for this service, I request that my paperwork is handled with more attention and diligence going forward. Thank you in advance for your assistance with this matter.

Regards,

Andrea Atkins

**RECEIVED**

1232    0 7 2 2 2024    IRS

**FRESNO, CA**

November 11, 2024

Dear Sir or Madam,

As per yet another request from you, I am sending what can be considered the forth copy of my 2019 tax return. Please keep in mind that this tax return was initially filed in 2021. Since that time, the tax preparer that was hired for that purpose has retired. Therefore, every time you all "haven't received" my return. I have to reach out to her ask her produce another copy. With that in mind, I hope you all with exercise a great deal more diligence, care, and professionalism to keep up with and process this one.

In addition to another copy of the return, I have enclosed a copy of the tracking information for the second return you all "never received"; which contained the "valid original signature" you are now requesting. Having once again provided all of the information you requested, I do hope we will be able to resolve this matter expediently.

Regards,

Andrea Atkins(Disrespected Tax Payer)

22:50   AOL   17%

## Track your package
Data provided by USPS

Tracking number 9589071052702234330004

**Delivered** ✓
November 18, 01:24PM
Fresno, CA

  View details on USPS

📞 Call 1-800-275-8777

🚚 Track another package



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information visit our website at www.usps.com®.

Fresno, CA 93725

| Certified Mail Fee | $4.85 |
| | 0605 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)    $0.00
☐ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery    $0.00

Postage    $1.01

Total Postage and Fees    $5.86

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here   NOV 12 24   11/12/2024

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



Tracking #:
9589 0710 5270 2234 3300 04

Total    $5.86

Grand Total:    $5.86
Cash    $20.00
Change    $14.14

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
/informeddelivery.usps.com

Save this receipt as evidence of insurance.
For information on filing an insurance claim
go to https://www.usps.com/help/claims.htm

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.





UFN: 281462-0660
Receipt #: 56300450-3-8
Clerk: 24

**IRS** Department of the Treasury
Internal Revenue Service

'310 Lowell Street
Andover  MA  01812-0000

9307110756601086084314

In reply refer to:  0836495516
Nov. 20, 2024    LTR 105C    0
***-**-9896  201912 30
Input Op:  0836495516 00003789
BODC: WI

ANDREA ATKINS



00852

CERTIFIED MAIL

Taxpayer identification number:  ***-**-9896
                  Kind of tax:  Individual
              Amount of claim : $4,926.00


        Date of claims received:  Apr. 29, 2024
                Tax period :  Dec. 31, 2019


Dear Taxpayer:

               WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed
at the top of this letter.

          WHY WE CAN'T ALLOW YOUR CLAIM

The received date on your return is Apr. 29, 2024. The last day to
file a timely claim or return for tax year 2019 was July 15, 2023. We
can't allow your claim or return because the received date is after
the deadline.

          WHAT TO DO IF YOU DISAGREE

You can appeal our decision with the IRS Independent Office of
Appeals (Appeals) (which is an independent organization within the
IRS) if we disallowed your claim because our records show that you
filed your claim late. Generally, a claim is late if you filed it
after the later of:

-  3 years from the due date of a timely-filed return without an
   extension
-  3 years from the date we received a late return or a timely
   filed return with an approved extension
-  2 years after you paid the tax

In addition, for a claim filed within 3 years of the date you filed
your tax return, we can only refund or credit the amount you paid
during the 3-year period before the date you file the claim (plus

0836495516
Nov. 20, 2024    LTR 105C    0
***-**-9896  201912 30
Input Op:  0836495516 00003791

ANDREA ATKINS





)852

1.  Prepare a written statement that you want to appeal to the
    Office of Appeals.
2.  List the tax periods or years and disallowed items you disagree
    with and why you don't agree with each item.
3.  Provide your name, address, taxpayer identification number,
    daytime telephone number, and a copy of this letter.
4.  Mail your appeal request to the address at the top of the first
    page of this letter.

To prepare a formal protest:
1.  Prepare a written statement that you want to appeal to the
    Office of Appeals.
2.  List the tax periods or years and disallowed items you disagree
    with and why you don't agree with each item.
3.  Provide your name, address, taxpayer identification number,
    daytime telephone number, and a copy of this letter.
4.  Include a detailed statement of facts with names, amounts,
    locations, etc., to support your reasons for disputing the
    disallowance.
5.  If you know the particular law or authority that supports
    your position, identify that law or authority by providing
    a legal citation.
6.  Sign the perjury statement below and include it with your
    written appeal. If your authorized representative prepares the
    request for an appeal, he or she must sign the statement.
7.  Mail your written formal protest to the address at the top of
    the first page of this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

    "Under penalties of perjury, I declare that the facts present on
my written appeal are, to the best of my knowledge and belief,
true, correct, and complete."

_____          12/5/24
Signature                                  Date

_____      _____
Spouse's signature, if a joint return    Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

    "Under penalties of perjury, I declare that I prepared the written
statement and accompanying documents. To the best of my knowledge
the protest and accompanying documents are true and correct."

January 9, 2025

Dear Sir or Madam,

This letter has been written per the instructions of your appeal process. This appeal is being submitted because of your willingness to award me the entitled tax for the year 2019.

As with my 2018 tax return, my 2019 tax return was completed on paper and sent to you via U.S. Mail in 2021. In addition to this letter, I am submitting various exhibits if evidence that completely support my claim and refute your claim, that my tax return was not "filed in a timely manner." After you view the materials sent to you in their entirety, I hope you will recognize your total lack of diligence, acknowledge your error, process and award me the rightful amount. I have enclosed a detailed explanation of the evidence being submitted for this purpose. Please reference the attached "Explanation of Evidence Exhibits" sheet attached; which has been arranged in chronological order according to events as they took place.

I hope what you have received will be sufficient. Please contact me with ant additional questions and/or next steps to be taken. Thank you in advance for your attention to this matter.

Regards,

Andrea Atkins

TAXPAYER
**ADVOCATE**
SERVICE

YOUR VOICE AT THE IRS

The Office of the Taxpayer Advocate Operates Independently
of Any Other IRS Office and Reports Directly to Congress
Through the National Taxpayer Advocate

April 18, 2025

*Oper #
10033600C 50*

*fax#
(844) 290-1457*

*B, name
Case #
area code, phone #*

Andrea Atkins

Tax Form(s):  1040
Tax Period(s) Ending:  December 31, 2019
Case Number:  8262240

Dear Andrea Atkins:

I am writing to follow up on your phone call regarding your tax problem concerning the non-receipt of the 2019 refund.

I am writing you today because I attempted to reach you by phone today, I left a message with request to give me call back to discuss your case.

**What I will do to advocate on your behalf**
I have been assigned as your case advocate in the Taxpayer Advocate Service (TAS). TAS is an independent organization within the IRS. We're here to ensure that every taxpayer is treated fairly and that you know and understand your rights. I will work with you throughout your entire case to help get your tax problem resolved.

To advocate on your behalf with the IRS, I will request the IRS release the refund to you.

**What you need to do**
To best advocate on your behalf with the IRS, please provide me with the following documents even though you may have previously given it to the IRS:

- Copy of mailing receipt or confirmation of IRS receipt for the 2019 return.

Please send the information to me by **May 20, 2025**. You can submit the requested documents to the TAS online mailbox at www.irs.gov/tasconnect. Not all web browsers are supported, and if you are unable to access the site, you may need to switch to a more current web browser.

---

Taxpayer Advocate Service
1222 Spruce St
St Louis, MO 63103
www.taxpayeradvocate.irs.gov
Group Email: tas.mo.st.louis@irs.gov

Case Advocate: Sherlyn Pressley Case Advocate Number: 1003366650
Available Hours: 9:00 a.m. - 5:00 p.m. (CDT) Monday through Friday
Toll-Free Phone: 833-201-8352 Toll-Free Fax: 844-290-1457
Case Advocate's Manager: Ms. Rinehart
Manager's Phone: 314-339-1649

IAT TAS 1284L-TP (08/14/2023)



TAXPAYER
**ADVOCATE**
SERVICE
YOUR VOICE AT THE IRS

The Office of the Taxpayer Advocate Operates Independently
of Any Other IRS Office and Reports Directly to Congress
Through the National Taxpayer Advocate

## Consent to Leave Tax Information on Answering Machine/Voicemail

If you have not already provided your consent for me to leave tax information on your
answering machine/voicemail, you can do so by:

- giving verbal consent during our next conversation,
- leaving a message at my direct phone number listed below with your name, phone
  number, and consent, or
- completing the information below and returning it to me by fax or by mail to one of
  the fax numbers or the address listed below.

I, _Andrea Atkins_, authorize the Taxpayer Advocate Service
employee(s) assigned to my case to leave my tax information on an answering
machine/voicemail service at the phone number I provided below.

Taxpayer Name:



Andrea Atkins

Social Security Number / Employer Identification Number / Individual Taxpayer
Identification Number:

████████ 9896

Phone Number (please indicate if this is a cell phone):

████████████████

Signature:

_[signature]_

Date: 5/15/25

---

Taxpayer Advocate Service
1222 Spruce St
St Louis, MO 63103
www.taxpayeradvocate.irs.gov
Group Email: tas.mo.st.louis@irs.gov

Case Advocate: Sherlyn Pressley Case Advocate Number: 1003366650
Available Hours: 9:00 a.m. - 5:00 p.m. (CDT) Monday through Friday
Toll-Free Phone: 833-201-8352 Toll-Free Fax: 844-290-1457
Case Advocate's Manager: Ms. Rinehart
Manager's Phone: 314-339-1649

**RE: Case#8262240**                                              May 15, 2025

Dear Sir or Madam,

    I am sending this letter to offer some explanation to the information you have received. The correspondence has been arranged in chronological order to help illustrate all of the effort and communication I have exhausted trying resolve this situation on my own. If you have any additional questions and/or concerns, please feel free to contact me at ███████████ Thank you in advance for your assistance in this matter.

Best Regards,

Andrea Atkins

# Form 1040 Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2019  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
☐ Single  ☐ Married filing jointly  ☐ Married filing separately (MFS)  ☒ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANDREA | ATKINS | 9896 |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). | Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You ☐ Were born before January 2, 1955  ☐ Are blind  Spouse: ☐ Was born before January 2, 1955  ☐ Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| C___ C___ | 5372 | DAUGHTER | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Standard Deduction for—**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2  HSH 7520 | | 1 | 16,297. |
| 2a | Tax-exempt interest | 2a | b Taxable interest. Attach Sch. B if required | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends. Attach Sch. B if required | 3b |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| c | Pensions and annuities | 4c | d Taxable amount | 4d |
| 5a | Social security benefits | 5a | b Taxable amount | 5b |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 6 | 0. |
| 7a | Other income from Schedule 1, line 9 | | 7a | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your total income ▶ | | 7b | 16,297. |
| 8a | Adjustments to income from Schedule 1, line 22 | | 8a | |
| b | Subtract line 8a from line 7b. This is your adjusted gross income ▶ | | 8b | 16,297. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 18,350. | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | |
| 11a | Add lines 9 and 10 | | 11a | 18,350. |
| b | Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- | | 11b | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11320B  Form **1040** (2019)

CDA

Form 1040 (2019) ANDREA ATKINS                                                                         9896                    Page 2

| | 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 12a | 0. | | |
| | b | Add Schedule 2, line 3, and line 12a and enter the total ▸ | 12b | | 0. |
| | 13a | Child tax credit or credit for other dependents | 13a | | |
| | b | Add Schedule 3, line 7, and line 13a and enter the total ▸ | 13b | | 0. |
| | 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | 14 | | 0. |
| | 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 15 | | |
| | 16 | Add lines 14 and 15. This is your total tax ▸ | 16 | | |
| | 17 | Federal income tax withheld from Forms W-2 and 1099 | 17 | | |
| | 18 | Other payments and refundable credits: | | | |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | a | Earned income credit (EIC) | 18a | 3,526. | |
| | b | Additional child tax credit. Attach Schedule 8812 | 18b | 1,400. | |
| | c | American opportunity credit from Form 8863, line 8 | 18c | | |
| | d | Schedule 3, line 14 | 18d | | |
| | e | Add lines 18a through 18d. These are your total other payments and refundable credits ▸ | 18e | | 4,926. |
| | 19 | Add lines 17 and 18e. These are your total payments ▸ | 19 | | 4,926. |

**Refund**

Direct deposit?
See instructions.

| | 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you overpaid | 20 | | 4,926. |
| | 21a | Amount of line 20 you want refunded to you. If Form 8888 is attached, check here ▸ ☐ | 21a | | 4,926. |
| ▸ b | Routing number | ▮▮▮▮▮▮▮▮▮▮ | ▸ c Type: ☒ Checking  ☐ Savings | | |
| ▸ d | Account number | 5 0 7 9 | | | |
| | 22 | Amount of line 20 you want applied to your 2020 estimated tax ▸ | 22 | | |

**Amount You Owe**

| | 23 | Amount you owe. Subtract line 19 from line 16. For details on how to pay, see instructions ▸ | 23 | | 0. |
| | 24 | Estimated tax penalty (see instructions) ▸ | 24 | | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ Yes. Complete below. ☒ No

| Designee's name ▸ | | Phone no. ▸ | | Personal identification number (PIN) ▸ | |

**Sign Here**

Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date (08)21 | Your occupation EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name Dorothy Wyatt | Preparer's signature Dorott Wyatt | Date 02-24-21 | PTIN P0171220 | Check if: ☐ 3rd Party Designee |
| Firm's name ▸ NuWay Financials | | | Phone no. | ☐ Self-employed |
| Firm's address ▸ | | | Firm's EIN ▸ | |

Go to www.irs.gov/Form1040 for instructions and the latest information.                                    Form **1040** (2019)

**SCHEDULE 8812**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **47**

Name(s) shown on return

ANDREA ATKINS

Your social security number

9896

**Part I    All Filers**

**Caution:** If you file Form 2555, **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise:<br>**1040 and**   Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents<br>**1040-SR filers:**   Worksheet (see the instructions for Forms 1040 and 1040-SR, line 13a).<br>**1040-NR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040-NR, line 49). | **1** | 2,000. |
| 2 | Enter the amount from Form 1040, line 13a; Form 1040-SR, line 13a; or Form 1040-NR, line 49 . . . . | **2** | |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . . . . | **3** | 2,000. |
| 4 | Number of qualifying children under 17 with the required social security number:   1   x $1,400.<br>Enter the result. If zero, **stop here;** you cannot claim this credit<br>**TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | **4** | 1,400. |
| 5 | Enter the smaller of line 3 or line 4 . . . . . . . . . . . . . . . . . . . . . | **5** | 1,400. |

| | | | | | |
|---|---|---|---|---|---|
| 6a | Earned income (see instructions) . . . . . . . . . | **6a** | 16,297. | | |
| b | Nontaxable combat pay (see instructions) . . . . . | **6b** | | | |
| 7 | Is the amount on line 6a more than $2,500?<br>☐ **No.** Leave line 7 blank and enter -0- on line 8.<br>☒ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result . | **7** | 13,797. | | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . . . . . . . . . | | | **8** | 2,070. |

Next. On line 4, is the amount $4,200 or more?

☒ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the smaller of line 5 or line 8 on line 15.

☐ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9.

**Part II    Certain Filers Who Have Three or More Qualifying Children**

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . . . . . . . . . | **9** | |
| 10 | **1040 and**   Enter the total of the amounts from Schedule 1 (Form 1040 or 1040-SR),<br>**1040-SR filers:** line 14, and Schedule 2 (Form 1040 or 1040-SR), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040 or 1040-SR), line 8.<br>**1040-NR filers:** Enter the total of the amounts from Form 1040-NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | **10** | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | **1040 and**   Enter the total of the amounts from Form 1040 or 1040-SR, line<br>**1040-SR filers:** 18a, and Schedule 3 (Form 1040 or 1040-SR), line 11.<br>**1040-NR filers:** Enter the amount from Form 1040-NR, line 67. | **12** | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | |
| 14 | Enter the larger of line 8 or line 13 | **14** | |

Next, enter the **smaller** of line 5 or line 14 on line 15.

**Part III    Additional Child Tax Credit**

| | | | |
|---|---|---|---|
| 15 | This is your additional child tax credit . . . . . . . . . . . . . . . . . . . . | **15** | 1,400. |

Enter this amount on
Form 1040, line 18b;
Form 1040-SR, line 18b; or
Form 1040-NR, line 64.

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 59761M     Schedule 8812 (Form 1040 or 1040-SR) 2019

CDA

**SCHEDULE EIC**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit
## Qualifying Child Information

▶ Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.
▶ Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

| 1040 |
| 1040-SR |
| EIC |

**2019**

Attachment
Sequence No. **43**

Name(s) shown on return
ANDREA ATKINS

Your social security number
███-██-9896

**Before you begin:**
- See the instructions for Form 1040 or 1040-SR, line 18a, to make sure that (a) you can take the EIC, and (b) you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

 **CAUTION**
- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| **1** | **Child's name** If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name        Last name ██████  ○ ██████ | First name        Last name | First name        Last name |
| **2** | **Child's SSN** The child must have an SSN as defined in the instructions for Form 1040 or 1040-SR, line 18a, unless the child was born and died in 2019. If your child was born and died in 2019 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | ████████5372 | | |
| **3** | **Child's year of birth** | Year **2 0 1 6** If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year ___ ___ ___ ___ If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year ___ ___ ___ ___ If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. |
| **4 a** | Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes.  ☐ No. Go to line 5.  Go to line 4b. | ☐ Yes.  ☐ No. Go to line 5.  Go to line 4b. | ☐ Yes.  ☐ No. Go to line 5.  Go to line 4b. |
| **b** | Was the child permanently and totally disabled during any part of 2019? | ☐ Yes.  ☐ No. Go to line 5.  The child is not a qualifying child. | ☐ Yes.  ☐ No. Go to line 5.  The child is not a qualifying child. | ☐ Yes.  ☐ No. Go to line 5.  The child is not a qualifying child. |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | DAUGHTER | | |
| **6** | **Number of months child lived with you in the United States during 2019** • If the child lived with you for more than half of 2019 but less than 7 months, enter "7." • If the child was born or died in 2019 and your home was the child's home for more than half the time he or she was alive during 2019, enter "12." | **12** months *Do not enter more than 12 months.* | ___ months *Do not enter more than 12 months.* | ___ months *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 13339M

Schedule EIC (Form 1040 or 1040-SR) 2019

CDA

Andrea Atkins
2 Holly Ln
Florissant, MO 63033

PLACE THIS LABEL TO THE LEFT OF T

**USPS CERTIFIED MAIL®**

9507 1065 8076 6006 2671 99



U.S. POSTAGE PAID
$8.30
RDC 99
63017    FCM
01/06/2026
2000393063

RECEIVED

JAN 1 4 2026

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Howard T. Markey National Courts Building
717 Madison Place, NW

Washington, DC 20439